UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON ROBERT EGLAND,<br><br>             Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | CASE NO. 3:20-cv-05781-BAT<br><br>**ORDER** |

Based on the stipulation of the parties, it is **ORDERED** that the Commissioner's decision in regard to Plaintiff's application for a period of disability, disability insurance benefits (DIB), and supplemental security income (SSI) under Titles II and XVI of the Social Security Act be **REVERSED and REMANDED** to the Commissioner of Social Security for further administrative proceedings. On remand, the Commissioner will (1) reevaluate Plaintiff's symptoms, consistent with 20 CFR 404.1529, 416.929, and SSR 16-3p; (2) reconsider the medical opinions of record, including those of Drs. Hennings and Korbacher, consistent with 20 CFR 404.1520c and 416.920c; (3) reassess Plaintiff's residual functional capacity consistent with 20 CFR 404.1545, 416.945, and SSR 96-8p, and (4) proceed with the sequential evaluation, as necessary.

ORDER - 1

1     **IT IS FURTHER ORDERED** that the Clerk will enter judgment pursuant to this order.

2     This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g) and

3 Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. §

4 2412(d), upon proper request to this Court.

5     DATED this 23rd day of February, 2021.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER - 2